**Entered on Docket**
**December 21, 2009**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST MORTGAGEPASS-THROUGH CERTIFICATES, SERIES
2005-FF10

09-77271

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29597-bam |
| Tamara Garner | Date: 11/23/2009<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGEPASS-THROUGH CERTIFICATES, SERIES 2005-FF10, its assignees and/or successors in interest, of the subject property, generally described as 6097 Adobe Summit Av., Las Vegas, NV 89110, and legally described as follows:

LOT FIVE HUNDRED FIFTY SEVEN (557) IN BLOCK I OF LEWIS HOMES - HOLLYWOOD HIGHLANDS NO. 10, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 87 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

///
///
///
///
///
///
///
///
///
///
///

1      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2  **give Debtor at least five business days' notice of the time, place and date of sale.**

3              DATED this  8th  day of  December 2009

4  Submitted by:

5  **WILDE & ASSOCIATES**

6  By: /s/Gregory L. Wilde, Esq
7  **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor
8  208 South Jones Boulevard
   Las Vegas, Nevada 89107
9
   APPROVED / DISAPPROVED
10
11 By:_____
   Charles T. Wright
12 3130 S. Rainbow Blvd.
   Ste. 304
13 Las Vegas, NV 89146
   Attorney for Debtor(s)
14
15 Nevada Bar No:_____

16 APPROVED / DISAPPROVED

17 By:_____
   James F. Lisowski, Sr.
18 P.O Box 95695
   Las Vegas, NV  89193
19 Chapter 7 Trustee

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    ✓ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    ✓ failed to respond to the document

Other Party:_____

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor